PROB 12C
(7/93)

# United States District Court

## for

## District of New Jersey

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Dwana Wright                                    Docket Number: 13-00168-001
                                                                   PACTS Number: 66476

Name of Sentencing Judicial Officer:    THE HONORABLE JOSEPH E. IRENAS
                                        SENIOR UNITED STATES DISTRICT JUDGE

Name of Newly Assigned Judicial Officer: THE HONORABLE JEROME B. SIMANDLE
                                         CHIEF UNITED STATES DISTRICT JUDGE
Date of Original Sentence: 08/12/2013

Original Offense: 18:1040.F; DISASTER ASSISTANCE FRAUD

Original Sentence: One month imprisonment to be served in Residential Re-entry Center, 36 months supervised release and $100 special assessment.

Special Conditions: Eight months Location Monitoring Program, Alcohol/Drug Testing/ Treatment, No New Debt/Credit and $15,763.49 restitution.

Amended Sentence: 10/09/2013: One day imprisonment, 36 months supervised release and $100 special assessment.

Special Conditions: One month Residential Re-entry Center, Eight months Location Monitoring Program, Alcohol/Drug Testing/ Treatment, No New Debt/Credit and $15,763.49 restitution.

Type of Supervision: Supervised Release                    Date Supervision Commenced: 11/22/2013

Assistant U.S. Attorney: Jason M. Richardson, 401 Market Street, 4th Floor, Camden, New Jersey, 071010, (856) 757-5026

Defense Attorney: Lori M. Koch, Federal Defenders Office, 800 Cooper Street, Suite 350, Camden, New Jersey 08102, (856) 757-5341

---

### PETITIONING THE COURT

☐ To issue a warrant
☒ To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The offender has violated the supervision condition which states **'You shall not commit another federal, state, or local crime.'** |
|  | On January 19, 2016, the offender was charged by the Camden County Police Department with Use of Personal Identifying Information of Another (2nd Degree). |

Prob 12C – page 2
Dwana Wright

According to the complaint, the offender obtained benefits for herself on various dates in 2013 and 2014, assuming a false identity, specifically obtaining cable television and telephone bills in the name of her former roommate, Ms. Nadine Hemmings.

According to the Probable Cause Statement, Ms. Hemmings contacted the Camden County Police Department in reference to the offender using her identity to obtain electric service and cable television for 1492 Lois Street, Camden, New Jersey. A recorded statement was taken from Ms. Hemmings.

The police located the offender and took a recorded statement from Wright during which she waived her right to an attorney. Ms. Wright admitted to using the victim's name without her permission to obtain electric and cable services.

On January 20, 2016, these charges were referred to the Camden County Prosecutors Office for review. On August 19, 2016, these charges were remanded to Camden Municipal Court. There is currently no scheduled court date.

2     The offender has violated the standard supervision condition which states **'You shall notify the probation officer within 72 hours of being arrested or questioned by a law enforcement officer.'**

On January 19, 2015, the offender met with the Camden County Police and gave a statement to the officer regarding the criminal activity described in Violation Number One. The offender failed to notify the probation officer within 72 hours of this contact with law enforcement.

3     The offender has violated the supervision condition which states **'The defendant shall make restitution in the amount of $15,763.49.'**

As of October 11, 2016, the offender has paid a total of $1,750 toward restitution. There is currently a balance of $14,013.49 remaining toward this obligation.

Prob 12C – page 3
Dwana Wright

I declare under penalty of perjury that the foregoing is true and correct.

By: Evan M. Dorfman
U.S. Probation Officer
Date: 10/11/2016

THE COURT ORDERS:

☐ The Issuance of a Warrant
☑ The Issuance of a Summons. Date of Hearing: 11/9/16 @ 10:00 AM
☐ No Action
☐ Other

Jerome B. Simandle
Signature of Judicial Officer

Oct. 27, 2016
Date